# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0168
LT Case No. 2022-CF-15355-A

_____

CLIFFORD DESUE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen Randolph Putnam Jr., Assistant Attorney General, Daytona Beach, for Appellee.

March 14, 2025

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672, 673–74 (Fla. 5th DCA 2024) (finding, pursuant to section 938.27(8), Florida Statutes, that the trial court does not commit error in imposing a $100 prosecution cost without a request on the record from the

state); *see also Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023), *rev. granted*, No. SC2023-1355, 2024 WL 370043, at \*1 (Fla. Jan. 31, 2024).

MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____